USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNELL GUERRERO,

            Plaintiff,

  - against -

FJC SECURITY SERVICES, INC., et al.,

           Defendants.

ORDER

09 Civ. 7216 (JSR) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

*Pro se* Plaintiff Guerrero filed this action on August 17, 2009. That same day, Guerrero was granted *in forma pauperis* status. Pursuant to Rule 4, Guerrero had 120 days to serve Defendants, and that time has expired. To date, Guerrero has not served Defendants. Therefore,

**IT IS HEREBY ORDERED** that Guerrero either **SERVE DEFENDANTS** or **SHOW GOOD CAUSE** by **January 22, 2010**, why this case should not be dismissed for failure to prosecute. Failure to respond will result in dismissal of this case.

**SO ORDERED this 22nd day of December 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge